Before the Third Division, December 31, 1962

No. 67306.—Bradley Import Co. and Bruce Duncan Co., Inc. v. United States, protest 62/1191 (Los Angeles).

Opinion by Johnson, J.  In accordance with stipulation of counsel that the merchandise consists of decorated earthenware salt and pepper shakers and sugar and creamers, valued under $1 per dozen pieces, and that they are tableware or kitchen articles, other than plates, cups, and saucers, the claim of the plaintiffs was sustained.

No. 67307.—J. & J. Dunbar & Co. v. United States, protest 61/4944 (Seattle).

Opinion by Richardson, J.  In accordance with oral stipulation of counsel that the correct hydrometer gauge on this shipment was 130 proof, the claim of the plaintiff was sustained, and the collector was directed to reliquidate the entry accordingly.

No. 67308.—Holy Name Cathedral v. United States, protest 60/25239 (Pittsburgh).

Opinion by Richardson, J.  When this case was called for trial, there was no appearance on behalf of plaintiff, and defendant moved to dismiss the protest for lack of prosecution and on other grounds.  The protest was dismissed.